The City of Chester *v.* Mortimer H. Bickley, Appellant.

Argued March 1, 1898. Appeal, No. 32, Jan. T., 1898, by defendant, from judgment of C. P. Delaware Co., Sept. T., 1895, No. 65, on verdict for plaintiff. Before STERRETT, C. J., GREEN, McCOLLUM, DEAN and FELL, JJ. Affirmed.

---

City of Chester *v.* Mortimer H. Bickley, Appellant.

Argued March 1, 1898. Appeal, No. 33, Jan. T., 1898, by defendant, from judgment of C. P. Delaware Co., Sept. T., 1895, No. 66, on verdict for plaintiff. Before STERRETT, C. J., GREEN, McCOLLUM, DEAN and FELL, JJ. Affirmed.

---

The City of Chester *v.* Laura J. Hard, Appellant.

Argued March 1, 1898. Appeal, No. 34, Jan. T., 1898, by defendant, from judgment of C. P. Delaware Co., Sept. T., 1895, No. 67, on verdict for plaintiff. Before STERRETT, C. J., GREEN, McCOLLUM, DEAN and FELL, JJ. Affirmed.

Each of the above cases was disposed of in an opinion by Mr. Justice McCOLLUM, October 17, 1898, as follows:

Affirmed on opinion filed in City of Chester v. Wm. B. Bullock, No. 30, January term, 1898, ante, p. 544.